# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:13-cr-00027-BLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINAL ORDER OF** |
| vs. | ) | **FORFEITURE** |
| | ) | |
| JAMES ROBERT BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

WHEREAS, on May 24, 2013, this Court entered a Preliminary Order of Forfeiture (Dkt. 22) pursuant to the provisions of 18 U.S.C. § 2253 and based upon the Rule 11 Plea Agreement (Dkt. 2) entered into in the above case between JAMES ROBERT BROWN and the United States on February 12, 2013, forfeiting the property described in the Forfeiture Allegation of the Information and as set out in the Preliminary Order;

WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture

Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (Dkt. 27) is GRANTED. The Court further finds that the United States Attorney General (or a designee) is designated to forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**<u>Subject Property:</u>**

1. Dell Latitude D620 laptop computer, serial number 225Y3B1, containing a Hitachi TravelStar HTS721080G9SA00 hard drive, serial number MPCD12Y4GL5ZJE, bearing a manufacturer's label "Made in Thailand."

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

FINAL ORDER OF FORFEITURE - 2



DATED: August 26, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court